JAP:JSR

M11-858

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

DEMETRIUS JAMISON,
    also known as
    "Blicker,"

                Defendant.

- - - - - - - - - - - - - - - - -X

C O M P L A I N T

(T. 18, U.S.C. §§ 1951
and 924(c))

EASTERN DISTRICT OF NEW YORK, SS:

        MICHAEL HENRIQUE, being duly sworn, deposes and says that he is Detective with the New York City Police Department currently assigned to the Joint Firearms Task Force with the Bureau of Alcohol, Tobacco, Firearms and Explosives. ("ATF"), duly appointed according to law and acting as such.

        Upon information and belief, on or about August 19, 2011, within the Eastern District of New York, defendant DEMETRIUS JAMISON, also known as "Blicker," did knowingly and intentionally attempt to obstruct, delay and affect commerce, and the movement of articles and commodities in commerce, to wit: United States currency intended for the purchase of handguns, by robbery.

        (Title 18, United States Code, Section 1951).

        Upon information and belief, on or about August 19, 2011, within the Eastern District of New York, the defendant DEMETRIUS JAMISON, also known as "Blicker," did knowingly and

intentionally use and carry a firearm during and in relation to a crime of violence, to wit, a violation of 18 U.S.C. § 1951.

(Title 18, United States Code, Section 925(c))

The source of your deponent's information and the grounds for his belief are as follows:[1/]

1. On or about July 1, 2011, an undercover agent ("UC") met with the defendant for the purposes of buying a firearm. On July 1, 2011, the UC arrived in a vehicle at 688 Lincoln Avenue, Brooklyn, New York. The defendant entered the UC's vehicle. The defendant presented a .45 caliber revolver to the UC. In exchange, the UC handed the defendant $500 in U.S. currency. The firearm purchased was not manufactured in the state of New York.

2. On or about August 18, 2011, an undercover agent ("UC") placed a telephone call to the defendant DEMETRIUS JAMISON, also known as "Blicker," during which the defendant arranged to sell more firearms to UC.

3. On or about August 19, 2011, the UC spoke to the defendant several times by telephone to work out the details of the sale.

4. On or about August 19, 2011, the UC arrived in his vehicle at 688 Lincoln, Avenue, Brooklyn, New York. The UC called the defendant and was instructed to proceed around the corner.

---

[1/] Because the purpose of this affidavit is to set forth only those facts necessary to establish probable cause, I have not set forth all of the facts and circumstances of which I am aware.

*defendant's 8/19/11*
*A*

3

5. Pursuant to the UC's instructions, the UC drove around the corner and stopped his vehicle.

6. The defendant walked up to the UC's vehicle and sat in the right rear passenger seat of the UC's vehicle. After looking around, the defendant handed the UC a paper bag. The paper bag contained a crowbar and tissue paper.

7. The defendant then pointed a silver automatic handgun at the UC and in sum and substance demanded the UC turn over the money.

8. The UC handed the defendant $1750, which consisted of $1,000 in twenty dollar bills folded together, and $750 in twenty dollar bills and one ten dollar bill folded together and stacked on top of the $1,000. The two packets of U.S. currency were secured together with a rubber band.

9. The defendant exited the vehicle and proceeded to walk northbound on Autumn Avenue to 683 Autumn Avenue. The UC subsequently signaled to members of ATF, who placed the defendant in custody outside of 683 Autumn Avenue.

10. ATF agents recovered the $1750 in U.S. currency the UC gave to the defendant in a bush located in the curtilage of 683 Autumn Avenue, Brooklyn, New York, along with a loaded silver Llama .45 caliber semi-automatic handgun. The handgun was not manufactured in the state of New York.

11. The defendant DEMETRIUS JAMISON, also known as "Blicker," was advised of his Miranda rights, which he indicated

that he understood and agreed to waive. The defendant then stated, in sum and substance, that it had been his intent to rob "the guy" and that he had thrown the money and firearm into the bushes after seeing the police.

WHEREFORE, your deponent respectfully requests that the defendant DEMETRIUS JAMISON, also known as "Blicker," be dealt with according to law.

                                        MICHAEL HENRIQUE #2805
                                        Task Force Officer
                                        ATF

Sworn to before me this
19th day of August, 2011

e