UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

INITIAL APPEARANCE CALENDAR

1) Magistrate Case Number: __M11-858__
2) Defendant's Name: __Jamison__   __Demetrius__
   (Last)            (First)            (M.I.)
3) Age: _____
4) Title: _____ Section(s): _____
5) Citizen of: _____ Needs: _____ Interpreter
6) Arrest Warrant Issued: _____ Date and time of arrest: _____

(Items 1-6 to be completed by AUSA/Arresting Officer)

7) Removal Proceeding: ___Yes ___No   Other District: _____
8) Name of Interpreter used today: _____ Language: _____
9) Arraignment on complaint held: ✓ Yes ___No   Date/Time: __8/19/11__
10) Detention Hearing Held: ___ Bail set at: _____ ROR Entered: ___ POD Entered: ___
11) Temporary Order of Detention Entered: ✓   Bail Hearing set for: __8/23/11 @ 2pm__
12) (a) Preliminary Hearing set for: __reserved__; or waived: _____
    (b) Removal Hearing set for: _____; or waived: _____
    (c) Status Conference set for: _____
13) ASSISTANT U.S. ATTORNEY: __Jessica Reid__
14) DEFENSE COUNSEL'S NAME: __Jan Rostal__
    Address: _____
    Bar Code: _____ CJA: ___ FDNY: ✓ RET: ___
    Telephone Number: (___) _____
15) LOG #: __347-350__   MAG. JUDGE: __Andrew Carter__

16) ___ Defendant was advised of bond conditions by the Court and signed the bond.
    ___ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.
    ___ Additional surety (ies) to co-sign bond by _____

Other Comments/Rulings: _____

17) Complaint/Affidavit/Indictment unsealed: ___Yes ___No

SO ORDERED ON THIS _____ DAY OF _____, 20___

_____
UNITED STATES MAGISTRATE JUDGE